**John E. SPENCER and Juanita Spencer, Appellants,**

v.

**David LINDBLOOM and Heather Lindbloom, Respondents.**

**No. WD 60373.**

Missouri Court of Appeals, Western District.

Aug. 13, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 1, 2002.

Application for Transfer Denied Nov. 26, 2002.

Robert W. Wheeler, Keytesville, MO, for appellants.

Richard N. Brown, Brookfield, MO, for respondents.

Before HAROLD L. LOWENSTEIN, P.J., JAMES M. SMART, JR., and THOMAS H. NEWTON, JJ.

## ORDER

PER CURIAM.

John and Juanita Spencer appeal the trial court's judgment, which held that they had not acquired the tract of land in question by adverse possession.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 84.16(b).